IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01511-LTB-OES

HERBERT OLIVER SPELLER,

Plaintiff,

vs.

H. A. RIOS, JR.; Warden;

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY U.S. MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  December 12, 2005

     Defendant's Motion for Leave to File Sur-Reply to Plaintiff's Traverse (Doc. #15, filed 12/7/05) is GRANTED.  The Sur-Reply Concerning Order to Show Cause (Doc. #16)  is accepted for filing.