# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 05-cv-01511-LTB-OES

HERBERT OLIVER SPELLER,

       Plaintiff,

v.

H.A. RIOS, JR., Warden,

       Defendant.

_____

# ORDER
_____

This case is before me on the recommendation of Magistrate Judge (Doc 28) issued and served on March 9, 2006.  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and this action is DISMISSED.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

DATED: March 30, 2006